# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| United Taxidermists | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 05 C 6288 |
| Illinois Department of Natural Resources | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that MOTION by Defendant Illinois Department of Natural Resources for summary judgment [48] is granted. Status hearing set for 8/15/2007 is stricken. Civil Case Terminated.

Michael W. Dobbins, Clerk of Court

Date: 8/3/2007 _____

/s/ Theresa Hammonds, Deputy Clerk